DILLON CHASE ADAMS          PARNELL LAW GROUP
42 JIM BURCH RD             P.O. BOX 2189
HATTIESBURG, MS 39401       MONTGOMERY, AL 36102

THOMAS C. ROLLINS, JR.      PHILADELPHIA INSURANCE
THE ROLLINS LAW FIRM, PLLC  PO BOX 2189
P.O. BOX 13767              MONTGOMERY, AL 36102
JACKSON, MS 39236

A1 AUTO SALES
5122 OLD HWY 42
HATTIESBURG, MS 39401

CBE GROUP
ATTN: BANKRUPTCY
PO BOX 900
WATERLOO, IA 50704

CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401

CORNERSTONE
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

FOREST GENERAL HOSPITA
6051 US 49
HATTIESBURG, MS 39401

NATIONAL CREDIT ADJ
ATTN: BANKRUPTCY
PO BOX 3023
HUTCHINSON, KS 67504

NYLA LOGAN
44 JIM BURCH RD
HATTIESBURG, MS 39401