Certificate Number: 17082-MSS-DE-040805379

Bankruptcy Case Number: 26-50531



17082-MSS-DE-040805379

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 1, 2026, at 12:20 o'clock PM MST, DILLON C ADAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   April 1, 2026                         By:      /s/Orsolya K Lazar

                                              Name:   Orsolya K Lazar

                                              Title:   Executive Director